**FILED**
JAMES J. VILT, JR. - CLERK

NOV 21 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

INDICTMENT

v.

**JARON BOBBITT**

NO. 3:23-CR-134-RGJ
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about November 13, 2023, in the Western District of Kentucky, Jefferson County, Kentucky, **JARON BOBBITT**, the defendant, knowingly possessed, in and affecting commerce, a firearm, that is, an Anderson Manufacturing, AM-15, multi-caliber pistol, bearing serial number 19221737, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about November 9, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-1058, **JARON BOBBITT**, was convicted of Convicted Felon in Possession of a Firearm and Receiving Stolen Property;

On or about November 9, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 20-CR-0965, **JARON BOBBITT**, was convicted of Receiving Stolen Property and Possession of a Controlled Substance 1st Degree;

On or about January 16, 2019, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 19-CR-0017, **JARON BOBBITT**, was convicted of Escape 2nd Degree;

On or about August 31, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-3770, **JARON BOBBITT**, was convicted of Receiving Stolen Property, Theft of Identity of Another Without Consent, and Criminal Mischief 2nd Degree;

On or about April 29, 2011, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 10-CR-2696, **JARON BOBBITT**, was convicted of Convicted Felon in Possession of a Handgun;

On or about June 17, 2004, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04-CR-0142, **JARON BOBBITT**, was convicted of Trafficking in a Controlled Substance 1st Degree Cocaine and Tampering with Physical Evidence;

On or about June 17, 2004, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 03-CR-3007, **JARON BOBBITT**, was convicted of Receiving Stolen Property;

On or about May 7, 2004, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 04-CR-0509, **JARON BOBBITT**, was convicted of Receiving Stolen Property, Receiving Stolen Vehicle, and Tampering with Physical Evidence; and

On or about December 3, 2001, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 01-CR-2535, **JARON BOBBITT**, was convicted of Wanton Endangerment 1st Degree and Receiving a Stolen Vehicle;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this Indictment, a felony punishable by imprisonment for more than one year, **JARON BOBBITT**, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all

firearms and ammunition involved in the commission of the offenses including, but not limited to Anderson Manufacturing, AM-15, multi-caliber pistol, bearing serial number 19221737, and ammunition.

A TRUE BILL.

Redacted

_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP11-21-23

UNITED STATES OF AMERICA v. **JARON BOBBITT**

## PENALTIES

Count 1: NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release.
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual $125 per count/other | Felony: | $100 per count/individual $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.