UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 3:23-CR-134-RGJ

JARON BOBBITT                                                                   DEFENDANT

## STATUS REPORT
*(Filed Under Seal)*

Comes the United States, by counsel, Joshua R. Porter, Assistant United States Attorney, and pursuant to the Court's Order gives the following status report:

As of the date of this report the Defendant is in state custody at the Louisville Metro Department of Corrections in Jefferson County Circuit Case 23-CR-121. The case is set for a pre-trial conference on March 6, 2024. The undersigned is in contact with the state prosecutor, and a writ of prosequendum will be filed if the case is not set for a resolution at the March 6th, status.

Respectfully Submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/Joshua R. Porter
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
(502) 779-2759